Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**    ◯ YES    ⦿ NO

**DOCKET NUMBER:** 3:26-CR- 54-MOC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** :US vs | GEOVANI AARON AMEZQUITA-VACA |
| **COUNTY OF OFFENSE** : | MECKLENBURG |
| **RELATED CASE INFORMATION** : | |
| *Magistrate Judge Case Number* : | |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*    ◯ Petty    ◯ Misdemeanor    ⦿ Felony

8 U.S.C. § 1326(a)

**JUVENILE:**    ◯ Yes    ⦿ No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | KENNETH M. SMITH |
| **VICTIM/WITNESS COORDINATORS:** | |
| **INTERPRETER NEEDED** : | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |

Case 3:26-cr-00054-MOC-UMJ    Document 1-2    Filed 03/17/26    Page 1 of 1