# MINIMUM / MAXIMUM PENALTY FORM

UNITED STATES ATTORNEY'S OFFICE
WESTERN DISTRICT OF NORTH CAROLINA

United States v. Geovani Aaron Amezquita-Vaca

Case Number: 3:26CR 54-MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 8/1326(a) | n/a | 2 years imprisonment, $250,000 fine or both, and no more than 1 year of supervised release |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?  `n/a`
\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?  `n/a`
\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?  `n/a`
\* 18 U.S.C. 924(c) only

Brandish  [ ]

Discharge  [ ]