UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:26-cr-54 |
| ) | |
| v. ) | |
| ) | APPLICATION FOR |
| Geovani Aaron Amezquita-Vaca ) | WRIT OF HABEAS CORPUS |
| ) | AD PROSEQUENDUM |
| ) | |
| ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and moves the Court to issue a Writ of Habeas Corpus ad Prosequendum for:

| Name: | Geovani Aaron Amezquita-Vaca |
|---|---|
| Also known as: | Gerardo R. Hernandez, Aron Vacagonalez, Geovanni Aron Ameriquitavaca |
| Offender#: | 497278 |
| Race: | Hispanic Male |
| Birth Year: | 1997 |

who is presently detained in the _____ Mecklenburg County Jail _____ , to make an appearance before the Court in the Western District of North Carolina on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

Movant further prays that the United States Marshals Service shall return the defendant to the _____ Mecklenburg County Jail _____ , under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

Respectfully submitted March 18, 2026

RUSS FERGUSON
UNITED STATES ATTORNEY


*/s/ Kenneth M. Smith*

Kenneth M. Smith
ASSISTANT U.S. ATTORNEY
N. C. Bar # 17934
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, N.C. 28202
(704) 344-6222
Email: kenny.smith@usdoj.gov