# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO.  3:26-CR-054-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) <br><br> v.      ) <br><br> GEOVANI AARON AMEZQUITA-VACA,      ) <br><br> **Defendant.**      ) | **WRIT OF HABEAS CORPUS** <br> **AD PROSEQUENDUM** |

TO:    The Director, Bureau of Prisons, Washington, D.C.
TO:    U.S. Marshal, Western District of North Carolina, Charlotte, North Carolina
TO:    Mecklenburg County Jail, 801 E. 4th Street, Charlotte, North Carolina 28202

**IT IS ORDERED** that you have the body of Geovani Aaron Amezquita-Vaca, PID # 497278, H/M, Birth Year:  1997, detained in your facility, under safe and secure conduct, brought before the Honorable   David C. Keesler  , United States Magistrate Judge, Western District of North Carolina, in the City of Charlotte, North Carolina, FORTHWITH, for proceedings on or before  March 31, 2026  at  10:40   am/pm, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return Defendant to the Mecklenburg County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against Defendant.

The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Mecklenburg County Jail, and the United States Attorney.

Signed: March 25, 2026

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge