# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**3:26CR0054-MOC**

GEOVANI AARON AMEZQUITA-VACA.

Defendant.

## MOTION TO CONTINUE TRIAL DATE

Geovani Aaron Amezquita-Vaca., ("Amezquita-Vaca") by and through his counsel of record, CARSON SMITH, Assistant Federal Public Defender, respectfully requests that this Court continue the time for commencement of trial pursuant to the applicable provisions of 18 U.S.C. § 3161. As grounds therefore, it is averred:

1. Mr. Amezquita-Vaca made his initial appearance on **March 31, 2026,** on a One (1) Count Indictment charging him with violating 8 U.S.C. § 1326(a) for reentry of a deported alien. Mr. Amezquita-Vaca was arraigned and consented to detention while reserving his right to hold a detention hearing at a later date.

2. This matter is currently scheduled for a Status Conference on **April 20, 2026,** at 9:00 A.M. and Docket Call on **May 4, 2026,** at 9:30 A.M. before this Honorable Court.

3. Counsel will need additional time to review discovery with Mr. Amezquita-Vaca and otherwise prepare for trial, or in the alternative, to research the legal and factual issues surrounding Mr. Amezquita-Vaca's criminal history in order to advise him of his likely sentencing outcome upon a plea, or in the event he is convicted at trial.

1

4. The government has no objection to this motion.

**WHEREFORE**, Amezquita-Vaca requests that the time of his trial be continued to this Court's next Criminal Term.

Respectfully submitted,

Carson Smith
NC Bar. 50997
Assistant Federal Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
Phone: (704) 374-0720
Fax: (704) 374-0722
Email: carson_smith@fd.org

***Counsel for Geovani Aaron Amezquita-Vaca***

Dated: April 6, 2026